Dismissed and Memorandum Opinion filed August 25, 2005









Dismissed and Memorandum Opinion filed August 25,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00688-CR

____________

 

DAVID JOHNNY
RICHARDSON, Appellant

 

V.

 

THE STATE OF
TEXAS, Appellee

 



 

On Appeal from the
21st District Court

Washington
County, Texas

Trial Court Cause No. 13,536

 



 

M E M O R A N D U M   O P I N I O N

After a plea of guilty, appellant was convicted of the
offense of aggravated robbery and sentenced to confinement for ten years in the
Institutional Division of the Texas Department of Criminal Justice on March 21,
2002.  Appellant=s notice of appeal was not filed
until July 7, 2005.








A defendant=s notice of appeal must be filed within thirty days after
sentence is imposed when the defendant has not filed a motion for new
trial.  See Tex. R. App. P. 26.2(a)(1).  A notice of appeal which complies with the
requirements of Rule 26 is essential to vest the court of appeals with
jurisdiction.  Slaton v. State,
981 S.W.2d 208, 210 (Tex. Crim. App. 1998). 
If an appeal is not timely perfected, a court of appeals does not obtain
jurisdiction to address the merits of the appeal.  Under those circumstances it can take no
action other than to dismiss the appeal. 
Id.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed August 25, 2005.

Panel consists of Chief Justice
Hedges and Justices Yates and Anderson.

Do Not Publish C Tex. R. App. P. 47.2(b).